April 8, 1940

No. 4872.——*Mexican Products Co.* v. *United States.* Entered at Laredo, Tex. Reap. Dec. 4730. Motion by plaintiff.

No. 4873.——*Mexican Products Co.* v. *United States.* Entered at Laredo, Tex. Reap. Dec. 4731. Motion by plaintiff.

## K. Samura Shoten et al. *v.* United States

No. 4874.—Invoices dated Kobe, Japan, November 6, 1934, etc.
 Entered at Honolulu, T. H., November 17, 1934, etc.; Hilo, T. H., February 4, 1937.
 Entry Nos. 1335, 1222, A–201, 930, 2293.

(Decided April 17, 1940)

*Lawrence & Tuttle* (*George R. Tuttle* of-counsel) for the plaintiffs.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

Brown, Judge: These appeals to reappraisement have been stipulated and submitted for decision by counsel for the parties hereto.

In harmony with the stipulation, I find the foreign value, as such value is defined in section 402 (c) of the Tariff Act of 1930, is the proper basis for the determination of the values involved herein, the invoiced descriptions of which are marked A on the invoices and initialed by the respective examiners, and that such values are the unit invoiced values, plus packing and cases as invoiced.

As to all other merchandise involved, the appeals having been abandoned, I find the dutiable values to be the values returned by the appraiser. Judgment will be rendered accordingly.

## Mamiye & Hidary et al. *v.* United States

No. 4875.—Invoices dated Swatow, China, March 8, 1937, etc.
 Certified March 9, 1937, etc.
 Entered at New York April 29, 1937, etc.
 Entry No. 863468, etc.